MICHAEL HOFFMAN, Bar No. 162496
RONALD D. ARENA, Bar No. 218421
ARENA HOFFMAN, LLP
44 Montgomery Street, Suite 3520
San Francisco, CA 94104-4622
Telephone: 415.433.1414
Facsimile: 415.520.0446
Email: mhoffman@arenahoffman.com
       rarena@arenahoffman.com

Attorneys for Defendant AUTOZONE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE WILLIAMS, etc., <br><br> Plaintiff, <br><br> v. <br><br> AUTOZONE, INC., et al., <br><br> Defendants. | Case No. 11-CV-09750 DSF (AJWx) <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> [Fed. R. Civ. P. 41(a)] <br><br> Hon. Dale S. Fischer |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 12/18/12

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE

**STIP. AND ORDER FOR DISMISSAL**   1.   **11-cv-09750 DSF (AJWx)**